UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

ZAINAB HAKIM, et al.,

Defendants.

Case No.: 26-cr-20306

Hon. Judith E. Levy

---

**BRIEF IN SUPPORT OF JOINT DEFENSE PROPOSED PROTECTIVE ORDER**

---

NOW COME the Defendants, by and through their respective counsels, and submit the below Proposed Protective Order for this Honorable Court's consideration in anticipation of argument for the Government's Motion for a Protective Order.