MIED (Rev. 09/14) Order Reinstating and Continuing Bond

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

FILED
SEP - 9 2026
CLERK'S OFFICE
U.S. DISTRICT COURT
EASTERN MICHIGAN

United States of America
v.
Paige Elizabeth Feyock
*Defendant*

Case No. 26-CR20306-3

## ORDER REINSTATING AND CONTINUING BOND

IT IS ORDERED that the bond earlier furnished in Criminal No. 26-20306 is hereby reinstated and bond is continued in the amount of:

- [x] Unsecured/Personal Bond 10,000.00
- [ ] Cash/Surety
- [ ] 10% Cash Bond
- [ ] Personal Recognizance
- [x] The special conditions of the original bond shall remain in effect.
- [x] The original special conditions of the bond are modified as follows:

-Remove Home Confinement and placed on **Home Curfew**. You are restricted to your residence every day: As directed by the pretrial services or supervision officer.

I acknowledge that I am the defendant in this case and that I am aware of the original/modified conditions of release.

[signature]
*Defendant*

[signature]
*Judge's Signature*

Judith E. Levy
*Printed Name and Title*

Dated: September 9, 2026